**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1566

JOHN D. HORTON,

Plaintiff - Appellant,

versus

DANIEL J. SHULL; ANITA M. MARTIN-JONES; MARCUS
S. RINEHART; CHARLES A. BUSS; AIRMAN CASTILLO;
AGENT LAZZARO, AFOSI; AIRMAN CURRY; AIRMAN
EDWARDS; AIRMAN ROBERTSON; AIRMAN ROSEBAUM;
AIRMAN BALZER; AIRMAN HESS; CAPT. PERSICO;
MATTHEW COAKLEY; FOUR UNKNOWN NAMED EMPLOYEES
OF 43RD MEDICAL GROUP; AIRMAN HESS, 43rd
Medical Group; AIRMAN DITTMER; THREE UNKNOWN
NAMED EMPLOYEES OF DOROTHEA DIX HOSPITAL;
UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-227-BO)

Submitted:  August 25, 2005          Decided:  August 31, 2005

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John D. Horton, Appellant Pro Se.  Joshua B. Royster, UNITED STATES
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John D. Horton appeals the district court's order dismissing his civil action for failure to comply with a court order.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Horton v. Shull, No. CA-04-227-BO (E.D.N.C. Mar. 28, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED